AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WERLEIN, JR., EWING | USDC/SO. DIST. TEXAS | 06/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination   Date<br>☐ Initial  ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

515 RUSK AVENUE, ROOM 11521
HOUSTON, TX 77002-2605

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | The Methodist Hospital, Houston, Texas (d/b/a Houston Methodist Hospital) |
| 2. | Senior Chair of TMH Board, director ex officio w/vote | Methodist Health Centers; The Methodist Hospital Foundation; The Methodist Hospital Research Institute; and TMH Health Care Group. |
| 3. | Trustee | Trust No. 2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Halliburton com. | B | Dividend | K | T | | | | | |
| 2. Halliburton com. | A | Dividend | K | T | | | | | |
| 3. BP PLC, ADR | C | Dividend | K | T | | | | | |
| 4. Exxon Mobil com. | D | Dividend | N | T | | | | | |
| 5. Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 6. Wal-Mart Stores com. | A | Dividend | K | T | | | | | |
| 7. Exxon-Mobil com. | B | Dividend | L | T | | | | | |
| 8. Johnson & Johnson, com. | D | Dividend | N | T | | | | | |
| 9. Conoco Phillips, com. | B | Dividend | M | T | | | | | |
| 10. Texas Capital Bankshares, com. | | None | N | T | | | | | |
| 11. HCP Inc., com. | A | Dividend | | | Sold | 07/16/18 | J | | |
| 12. Hines REIT, units | | None | | | Distributed | 08/14/18 | J | | |
| 13. AT&T, com. | C | Dividend | K | T | | | | | |
| 14. Bristol-Myers Squibb, com. | A | Dividend | K | T | | | | | |
| 15. Berkshire Hathaway CL B com. | | None | M | T | | | | | |
| 16. Cisco Systems, com. | A | Dividend | J | T | | | | | |
| 17. Comcast Corp. Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HP, Inc. com | A | Dividend | J | T | | | | | |
| 19. Hewlett Packard Enterprise Co., com. | A | Dividend | J | T | | | | | |
| 20. Intel Corp., com. | B | Dividend | L | T | | | | | |
| 21. IBM, com. | B | Dividend | K | T | | | | | |
| 22. JP Morgan Chase, com. | A | Dividend | K | T | | | | | |
| 23. Pepsico, Inc., com. | B | Dividend | K | T | | | | | |
| 24. Target Corp., com. | B | Dividend | L | T | | | | | |
| 25. Sector SPDR Financial, com. | B | Dividend | K | T | | | | | |
| 26. Phillips 66, com. | B | Dividend | L | T | | | | | |
| 27. Enterprise Prdts Prtn., LP | B | Dividend | K | T | | | | | |
| 28. Kinder Morgan, com. | A | Dividend | K | T | | | | | |
| 29. Consumer Discretionary SPDR, com. | A | Dividend | K | T | | | | | |
| 30. EPR Properties, com. | A | Dividend | J | T | | | | | |
| 31. Bank of America, com. | A | Dividend | K | T | | | | | |
| 32. MUTUAL FUNDS: (H) | | | | | | | | | |
| 33. Fidelity MM Fund | A | Dividend | M | T | | | | | |
| 34. Fidelity Low Price Stock | G | Dividend | P1 | T | Sold (part) | 08/21/18 | L | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Contrafund | F | Dividend | O | T | | | | | |
| 36. Fidelity Mid-Cap Stock | G | Dividend | O | T | | | | | |
| 37. Loomis Sayles Bond Fund | B | Dividend | K | T | | | | | |
| 38. Oakmark Class 1 Fund | | None | | | Sold | 11/12/18 | L | E | |
| 39. FMI Large Cap Fund | D | Dividend | K | T | | | | | |
| 40. Harbor Capital Appreciation Fund | C | Dividend | K | T | | | | | |
| 41. Oakmark Global Sel Cl 1 Fund | B | Dividend | K | T | | | | | |
| 42. Artisan Intl Val Invs | | None | | | Sold | 11/09/18 | K | | |
| 43. Fed Kaufmann LGCPI | | None | | | Sold | 04/03/18 | L | E | |
| 44. LPL: Ins'd bank cash dep. sweep | A | Interest | M | T | | | | | |
| 45. Western Asset Core Plus Bond | B | Dividend | L | T | | | | | |
| 46. Blackrock Nat'l Mun. Instl. Cl. | B | Dividend | K | T | | | | | |
| 47. JP Morgan Large Cap Growth Sel. | E | Dividend | M | T | | | | | |
| 48. New Perspective Fund 2 | C | Dividend | K | T | | | | | |
| 49. Nuveen All American Mun. Bd. Cl 1 | B | Dividend | K | T | | | | | |
| 50. Invesco High Yield Mun. Cl. Y | B | Dividend | K | T | | | | | |
| 51. Eaton Vance Flt. Rt. Advntg. | A | Dividend | K | T | Buy | 06/28/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHS Russ 2000 Indx | A | Dividend | K | T | Buy | 06/27/18 | K | | |
| 53. BONDS and U.S. TREASURY NOTES: (H) | | | | | | | | | |
| 54. Univ Tex Perm Univ FD RFDG Ser. B | B | Interest | K | T | | | | | |
| 55. ACCOUNTS IN FINANCIAL INST: (H) | | | | | | | | | |
| 56. Bank of America, Houston, TX (Accounts) | A | Interest | O | T | | | | | |
| 57. Comerica Bank, Houston, TX (Accounts) | A | Interest | M | T | | | | | |
| 58. ML Bank Deposit Program | A | Interest | | | Closed | 03/12/18 | J | | |
| 59. Allegiance Bank, Houston (Accounts) | B | Interest | L | T | | | | | |
| 60. Zions Bancorp. (Amegy) fka ZB Nat'l Assoc Amegy | A | Interest | L | T | | | | | |
| 61. Allegiance Bank, Houston (Accounts) | C | Interest | M | T | | | | | |
| 62. JP Morgan Secs. Bank dep. program | A | Interest | K | T | Open | 03/12/18 | J | | |
| 63. REAL ESTATE: (H) | | | | | | | | | |
| 64. Condo-Larimer County, CO | E | Rent | N | W | | | | | |
| 65. Working Interest-Cabot U., Andrews County, TX | B | Royalty | J | W | | | | | |
| 66. Mineral Interest, Wheeler County, TX | A | Royalty | J | W | | | | | |
| 67. Mineral Interests, Martin and Dawson Counties, TX | D | Royalty | K | W | | | | | |
| 68. Mineral Interest, Glasscock County, TX (Laredo Pet) | C | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fractional int. in real property, Kerr County, TX | A | Rent | N | W | | | | | |
| 70. Mineral Interests, Howard County, TX | F | Royalty | M | W | | | | | |
| 71. Mineral Interest, Howard County, TX | E | Rent | K | W | | | | | |
| 72. RETIREMENT & IRA ACCOUNTS: (H) | | | | | | | | | |
| 73. IRA Acct: John Hancock Ind. Ret.Annuity (Fixed) | | None | K | V | Distributed (part) | 12/31/18 | J | A | See Note (1) in Part VIII |
| 74. IRA ROLLOVER ACCOUNT: (H) | | | | | | | | | |
| 75. --Pfizer Inc., com. | | None | | | Sold | 02/23/18 | L | F | |
| 76. --Citibank FDIC Ins. Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 77. --Berkshire Hathaway CL B | | None | M | T | | | | | |
| 78. --Home Depot, com. | D | Dividend | N | T | | | | | |
| 79. --Microsoft, com. | B | Dividend | M | T | | | | | |
| 80. --Stryker Corp., com. | B | Dividend | M | T | | | | | |
| 81. --Thermo Fish. Sc., com. | A | Dividend | M | T | | | | | |
| 82. --Fidelity Low Priced Stock | F | Dividend | O | T | Sold (part) | 06/07/18 | K | E | |
| 83. --Fidelity Small Cap Disc. Fund | F | Dividend | N | T | Sold (part) | 06/07/18 | K | E | |
| 84. --Fidelity OTC Port | E | Dividend | O | T | Sold (part) | 08/21/18 | K | E | |
| 85. --Fidelity 500 Index | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Fidelity Select Medical Equip & System | C | Dividend | L | T | | | | | |
| 87. --Fidelity Select Software & IT | C | Dividend | L | T | | | | | |
| 88. --BNY Mellon FDIC Ins. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 89. IRA ROLLOVER ACCT NO. 2: (H) | | | | | | | | | |
| 90. CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: (H) | | | | | | | | | |
| 91. --Caterpillar Financial due 3/1/18 | A | Interest | | | Redeemed | 03/01/18 | L | | |
| 92. --Coca Cola Notes due 4/1/18 | A | Interest | | | Redeemed | 04/02/18 | L | | |
| 93. --Apple Inc. Notes due 5/3/18 | A | Interest | | | Redeemed | 05/03/18 | L | | |
| 94. --Berkshire Hathaway Notes due 5/15/18 | A | Interest | | | Redeemed | 05/15/18 | L | | |
| 95. --Goldman Sachs Notes due 10/23/19 | C | Interest | L | T | | | | | |
| 96. --Morgan Stanley Notes due 07/23/19 | B | Interest | L | T | | | | | |
| 97. --AT&T Bonds due 06/30/20 | B | Interest | L | T | | | | | |
| 98. --JP Morgan Chase Notes due 10/29/20 | C | Interest | L | T | | | | | |
| 99. --Pepsico Notes due 10/06/21 | A | Interest | L | T | | | | | |
| 100. --Wells Fargo Notes due 07/26/21 | B | Interest | L | T | | | | | |
| 101. --Amer Express Notes due 12/02/22 | C | Interest | L | T | Buy | 03/05/18 | M | | |
| 102. --Philip Morris Internat'l Notes due 11/2/22 | A | Interest | L | T | Buy | 03/05/18 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --McDonald's Notes due 4/1/2023 | A | Interest | L | T | Buy | 06/07/18 | L | | |
| 104. --State Street Notes due 5/15/23 | A | Interest | L | T | Buy | 06/07/18 | L | | |
| 105. EQUITIES IN IRA ROLLOVER ACCT #2: (H) | | | | | | | | | |
| 106. --American Express, com. | A | Dividend | K | T | | | | | |
| 107. --Chevron, com. (fka Chevron Texaco) | C | Dividend | M | T | | | | | |
| 108. --KO, com. | C | Dividend | L | T | | | | | |
| 109. --Exxon Mobil, com. | D | Dividend | M | T | | | | | |
| 110. --J.P. Morgan Chase, com. | C | Dividend | L | T | | | | | |
| 111. --JNJ, com. | B | Dividend | L | T | | | | | |
| 112. --Merck, com. | A | Dividend | K | T | | | | | |
| 113. --PEP, com. | B | Dividend | K | T | | | | | |
| 114. --Walgreen, com. | A | Dividend | K | T | | | | | |
| 115. --S&P Global, com. | A | Dividend | K | T | | | | | |
| 116. --Altria Group, com. | D | Dividend | M | T | | | | | |
| 117. --Automatic Data Proc., com. | A | Dividend | L | T | | | | | |
| 118. --Occidental Pete Corp. Cal., com. | B | Dividend | K | T | | | | | |
| 119. --Linde, PLC, com. (fka Praxair Inc.) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Procter & Gamble., com. | B | Dividend | K | T | | | | | |
| 121. --United Technologies Corp., com. | A | Dividend | K | T | | | | | |
| 122. --Texas Instruments, com. | B | Dividend | L | T | | | | | |
| 123. --Abbott Labs, com. | B | Dividend | K | T | | | | | |
| 124. --McDonalds, com. | B | Dividend | L | T | | | | | |
| 125. --Philip Morris Intl, com. | D | Dividend | M | T | | | | | |
| 126. --Total SA., com. | A | Dividend | K | T | | | | | |
| 127. --Nestle Sponsored ADR, com. | A | Dividend | K | T | | | | | |
| 128. --Roche Holdings Ltd. Spon. ADR, com. | B | Dividend | K | T | | | | | |
| 129. --Walt Disney Co., com. | A | Dividend | K | T | | | | | |
| 130. --Air Products & Chems., com. | A | Dividend | K | T | | | | | |
| 131. --Black Rock, com. | B | Dividend | K | T | | | | | |
| 132. --Novo Nordisk AS ADR, com. | A | Dividend | K | T | | | | | |
| 133. --Kinder Morgan, com. | A | Dividend | J | T | | | | | |
| 134. --Abbvie Inc., com. | C | Dividend | L | T | | | | | |
| 135. --Canadian Pac Ry Ltd., com. | A | Dividend | J | T | | | | | |
| 136. --State Street Corp., com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Novartis AG Spon. ADR, com. | A | Dividend | K | T | | | | | |
| 138. --Diageo PLC Spon. ADR New, com. | A | Dividend | J | T | | | | | |
| 139. --Chubb Ltd., com | A | Dividend | K | T | | | | | |
| 140. --Intercontinental Exchange Group, com. | A | Dividend | K | T | | | | | |
| 141. --VISA, com. | A | Dividend | K | T | | | | | |
| 142. --Constellation Brands, com. | A | Dividend | K | T | | | | | |
| 143. --Intuitive Surgical, com. | | None | K | T | | | | | |
| 144. --Microsoft, com. | B | Dividend | M | T | | | | | |
| 145. --Union Pac., com. | A | Dividend | K | T | | | | | |
| 146. CASH ACCOUNTS IN IRA ROLLOVER ACCT NO. 2: (H) | | | | | | | | | |
| 147. --Raymond James Ins'd Bank Dep Program | A | Interest | L | T | Distributed (part) | 04/26/18 | L | | |
| 148. IRA ROLLOVER NO. 3: (H) | | | | | | | | | |
| 149. --Bank of America NA ins. cash account | A | Interest | | | Closed | 03/09/18 | L | | |
| 150. --Lord Abbett Short Fund | E | Dividend | O | T | | | | | |
| 151. --IShares Barclays TIPS BO | C | Dividend | M | T | | | | | |
| 152. --Oppenheimer Senior Floating Rate | C | Dividend | L | T | | | | | |
| 153. --AT&T Inc GLB bonds due 3/11/19 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Bear-Stearns GLB bonds due 2/1/18 | B | Interest | | | Redeemed | 02/01/18 | K | | |
| 155. --BNP Paribas Ser. Mtn. bonds due 12/12/18 | B | Interest | | | Redeemed | 12/12/18 | K | | |
| 156. --Goldman Sachs Group Inc. bonds due 2/15/19 | C | Interest | L | T | | | | | |
| 157. --Hewlett Packard GLB bonds due 1/14/19 | B | Interest | L | T | | | | | |
| 158. --JPMorgan Chase & Co. bonds due 1/28/19 | B | Interest | K | T | | | | | |
| 159. --Travelers Cos. Sr. Notes due 5/15/18 | B | Interest | | | Redeemed | 05/15/18 | K | | |
| 160. --USD Bank Nova Scotia bonds due 10/30/18 | B | Interest | | | Redeemed | 10/30/18 | K | | |
| 161. --AT&T Inc., com. | D | Dividend | L | T | | | | | |
| 162. --JP Morgan Deposit Sweep Acct. | A | Interest | L | T | Open | 03/12/18 | L | | |
| 163. --JP Morgan 100% Treas. Sec. MM Fd. | B | Dividend | M | T | Buy | 06/11/18 | M | | |
| 164. TRUST NO. 2: (H) | | | | | | | | | |
| 165. --Fidelity MM | A | Dividend | L | T | | | | | |
| 166. --Fidelity Low Price Stock | E | Dividend | N | T | | | | | |
| 167. --AMG Yacktman Fund | | None | | | Sold | 01/04/18 | M | D | |
| 168. --Fidelity Small Cap Discovery Fund | F | Dividend | M | T | | | | | |
| 169. --Fidelity OTC Portfolio Fund | E | Dividend | N | T | | | | | |
| 170. --Fidelity MSCI Consumer ETF | A | Dividend | K | T | Buy | 01/04/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  --Fidelity MSCI Energy ETF | A | Dividend | K | T | Buy | 01/04/18 | K | | |
| 172.  --Fidelity MSCI Financials ETF | A | Dividend | K | T | Buy | 01/04/18 | K | | |
| 173.  --Fidelity MSCI Industrials ETF | A | Dividend | K | T | Buy | 01/04/18 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part VII, page 8, line 73:  The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EWING WERLEIN, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544